NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| C.D., | Civil Action No. 25-18718 |
| *Plaintiff,* |  |
| v. | **ORDER** |
| ROBIN A. MORANTE et al., | February 25, 2026 |
| *Defendants.* |  |

**SEMPER**, District Judge.

This matter having come before the Court on Plaintiff C.D.'s Complaint (ECF 1) and Motion for Temporary Restraining Order (ECF 3), and the Court having considered the submissions of the Plaintiff and Defendants, for the reasons stated in this Court's Opinion dated February 25, 2026,

**IT IS** on this 25th day of February 2026,

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF 3) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Proceed Pseudonymously (ECF 3) is **DENIED**.


/s/ *Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:   Clerk
cc:     Parties