<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.D.,<br><br>      *Plaintiff,*<br><br>v.<br><br>ROBIN A. MORANTE et al.,<br><br>      *Defendants.* | Civil Action No. 25-18718<br><br>**OPINION AND ORDER**<br><br>March 26, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court upon *pro se* Plaintiff C.D.'s ("Plaintiff") Emergency Motion for Preliminary Injunction (ECF No. 74, "Mot." or "Emergency Motion") and letter on March 21, 2026 (ECF No. 86, "Letter") requesting a stay of Plaintiff's deadline to file opposition briefs to Defendants' Motions to Dismiss this action (ECF 79; ECF 80; ECF 81; ECF 84) until the Emergency Motion has been decided by this court. This Court has decided the pending motion and extension request upon consideration of all of the parties' submissions and without oral argument pursuant to Fed. R. Civ. P. 78(b). For the following reasons, Plaintiff's Emergency Motion is **DENIED** and his extension request is **GRANTED**.

**WHEREAS** on February 25, 2026, the Court denied Plaintiff's original motion for a temporary restraining order (ECF 3, "First Motion for Emergency Relief"). (ECF 70.) Plaintiff's arguments in the Emergency Motion as to why relief should be granted were already determined to be insufficient to award a preliminary injunction in the Court's opinion denying Plaintiff's Motion for Temporary Restraining Order (ECF 3). (ECF No. 70). The Court finds that, in their new Emergency Motion, Plaintiff has failed to allege facts or arguments such that the issuance of

emergency and injunctive relief is warranted under Local Civil Rule 65.1, and the Court finds that no substantially different facts are asserted from those alleged in Plaintiff's First Motion for Emergency Relief; and

**WHEREAS** granting an extension of time to file a reply brief opposing a motion to dismiss is within the court's discretion pursuant to Fed. R. Civ. P. 6(b), and the court recognizes Plaintiff is a *pro se* litigant intending to file opposition briefs to motions to dismiss filed by at least four separate Defendants. (ECF 79; ECF 80; ECF 81; ECF 84).

**IT IS** on this 26th day of March 2026,

**ORDERED** that Plaintiff's Emergency Motion for a Preliminary Injunction is hereby **DENIED**; and it is further

**ORDERED** that Plaintiff's request for an extension of time to file opposition briefs to Defendants' motions to dismiss (ECF 79; ECF 80; ECF 81; ECF 84) is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff shall have until April 27, 2026 to file their oppositions to all Defendants' motions to dismiss; and it is further

**ORDERED** that Defendants shall have until May 4, 2026 to file reply briefs to Plaintiff's opposition briefs; and it is further

**ORDERED** that the Clerk of the Court is directed to mail a copy of this Opinion and Order to Plaintiff by certified mail and by Plaintiff's e-mail address on record.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:  Clerk
cc:    Andre M. Espinosa, U.S.M.J.

2