**"C.D.", Plaintiff, *Pro Se***
*Plaintiff.Confidential@gmail.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.D.,<br><br>Plaintiff,<br><br>v.<br><br>**ROBIN A. MORANTE**, et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-18718-JKS-AME<br><br><br>**AFFIDAVIT REGARDING USE OF ARTIFICIAL INTELLIGENCE SYSTEMS** |

I, C.D., Plaintiff *pro se*, certify as follows:

1. I submit this affidavit in compliance with the Court's May 28, 2026 Text Order, ECF No. 124, and Judge Semper's Judicial Preferences regarding disclosure of the use of Generative Artificial Intelligence systems in court filings.

2. I utilized OpenAI's ChatGPT to assist with drafting, editing, organization, issue-spotting, and legal-research support in connection with Plaintiff's Emergent Motion for Preliminary Injunction, ECF No. 74, and in connection with Plaintiff's current letter motion and proposed sur-reply to Defendant Morante's reply brief.

3. The AI assistance was used for wording, organization, issue-spotting, drafting support, editing, and legal-research support. Plaintiff did not submit *any* AI output without *personal review, revision, verification, and adoption*.

4. **Plaintiff has held a law degree *for more than fifteen years* and personally reviewed, revised, verified, and adopted the final filing before submission**. Plaintiff is solely responsible for all factual representations, legal arguments, citations, quotations, and record references contained in the filing.

5. Plaintiff certifies that he diligently reviewed the AI-assisted work product for accuracy and applicability before submission and has *not* knowingly submitted any AI-generated citation, quotation, or factual assertion without independent review.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____

C.D., Plaintiff, *pro se*
Dated: June 10, 2026