**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| C.D., | Civil Action No. 25-18718 |
| *Plaintiff,* | |
| v. | **ORDER** |
| ROBIN A. MORANTE et al., | June 16, 2026 |
| *Defendants.* | |

**SEMPER**, District Judge.

This matter having come before the Court on Plaintiff C.D.'s Motion for a Preliminary Injunction (ECF 110), and the Court having considered the submissions of the Plaintiff, for the reasons stated in this Court's Opinion dated June 16, 2026,

**IT IS** on this **16th** day of **June 2026**, hereby:

1. **ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF 110) is **DENIED**.

> /s/ Jamel K. Semper
> **HON. JAMEL K. SEMPER**
> **United States District Judge**

Orig:  Clerk
cc:    Andre M. Espinosa, U.S.M.J.
       Parties