**"C.D.", Plaintiff, *Pro Se***
*Plaintiff.Confidential@gmail.com*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **C.D.,**<br><br>Plaintiff,<br><br><br>v.<br><br><br>**ROBIN A. MORANTE**, et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-18718-JKS-AME<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE**<br>**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff C.D., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action, *without prejudice*, as to all Defendants.

No Defendant has filed an answer or a motion for summary judgment.

Respectfully submitted,

_____

C.D., Plaintiff, *pro se*
Dated: June 16, 2026